AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Two hard drives bearing serial numbers
DS/N -TH-00K 727-12567-256-1H1H and
DS/N-TH-06J987-12567-27V-6R6R; and
a DVD Labeled "R"

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    Ronell Parker    being duly sworn depose and say:

I am a(n)    Inspector with the United States Postal Inspection Service    and have reason to believe
(Official Title)
that ☐ on the person of or ☒ in the computer system (name, description and or location)

Two hard drives bearing serial numbers
DS/N -TH-00K 727-12567-256-1H1H and DS/N-TH-06J987-12567-27V-6R6R; and a DVD labeled "R"
**[See Attachment A for a more complete description]**
in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

**[See Attachment A in the affidavit for a more complete description]**

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence, fruits and instrumentalities of criminal activity, specifically, computer records.

concerning a violation of Title  18  United States Code, Section(s) 2252(a)(1), 2252A(a)(1) . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Catharine A. Hartzenbusch
Transnational/Major Crimes Section
(202) 353-8822

Signature of Affiant
Ronell Parker, Inspector
United States Postal Inspection Service

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Two hard drives bearing serial numbers
DS/N -TH-00K 727-12567-256-1H1H and
DS/N-TH-06J987-12567-27V-6R6R; and
a DVD labeled "R"

**SEARCH WARRANT**

CASE NUMBER:

TO:   Ronell Parker     and any Authorized Officer of the United States

Affidavit(s) having been made before me by  United States Postal Inspection Service   who has reason to believe that ☐ on the person or ☒ in the computer system(name, description and or location)

Two hard drives bearing serial numbers
DS/N -TH-00K 727-12567-256-1H1H and  DS/N-TH-06J987-12567-27V-6R6R; and a DVD labeled "R"
**[See Attachment A for a more complete description]**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**[See Attachment A in the affidavit for a more complete description]**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____
                                                              (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_____                at Washington, D.C.
Date and Time Issued

_____                _____
Name and Title of Judicial Officer              Signature of Judicial Officer