**Attachment A**

**<u>ITEMS TO BE SEARCHED</u>**

Two hard drives bearing serial numbers DS/N -TH-00K 727-12567-256-1H1H and DS/N-TH-06J987-12567-27V-6R6R and a gold DVD labeled "R," which are located at the U.S. Postal Inspection Service office at 900 Brentwood Road, N.E., Washington, D.C.