**Attachment B**

**ITEMS TO BE SEIZED**

1. Mpeg file with "Lolita" in the filename.

2. Any and all electronic data in the form of records, documents, materials, streaming video, commercial software and hardware, disk application programs, computer photographs, graphic interchange formats and/or photographs, slides or other visual depictions of such graphic interchange formats which may be, or are used to visually depict child pornography, child erotica, information pertaining to the sexual interest in child pornography or child erotica, sexual activity with children or the transportation, possession or receipt of child pornography as defined in 18 U.S.C. § 2256(8)(a).

3. Any and other records including, but not limited to, all correspondence, photographs, electronic mail, log files, indexes, notes, narrative writings, chats, ledgers, and documents pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, or pertaining to any internet websites presenting or relating to minors engaged in sexually explicit conduct.

4. Any and all correspondence, electronic mail, notes, narrative writings, data, and documents pertaining to any e-mail address or account subscribed to or used by Phong D. Nguyen.